# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Eric Zepeda

                  Plaintiff,

v.                                          Case No.: 1:17−cv−05583

                                                 Honorable Robert W. Gettleman

Kimpton Hotel & Restaurant Group, LLC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 2/13/2018. By agreement, this case is dismissed without prejudice with leave to reinstate by 3/20/2018. Civil case terminated. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.